IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IAN GIBSON, Individually and On Behalf of All Others Similarly Situated, | § § § § § § § § § § | |
| Plaintiff, | | C.A. No. 4:10-cv-01409 |
| v. | | |
| NCRC, INC., | | JURY TRIAL DEMANDED |
| Defendant. | | |

## NOTICE REGARDING MINIMUM WAGE CLAIM

After a careful review of the record, the submissions and the applicable law and pursuant to the Court's order, Plaintiff Ian Gibson withdraws those portions of his Motion For Class Certification & Expedited Discovery (Docket Entry No. 24) that relate to his allegation that Defendant NCRC, Inc. failed to pay the minimum wage in violation of 29 U.S.C. § 206(a).

Respectfully submitted,

**MOORE & ASSOCIATES**

By: /s/ Melissa Moore
Melissa Ann Moore
Federal Id. No. 25122
State Bar No. 24013189
Curt Hesse
Federal Id. No. 968465
State Bar No. 24065414
440 Louisiana Street, Suite 675
Houston, Texas 77002
(713) 222-6775 Telephone
(713) 222-6739 Facsimile

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      Pursuant to S.D. TEX. L. R. 5.1, I certify that a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system on the 25th day of July in the year 2011.

                                          /s/ Melissa A. Moore
                                            Melissa Ann Moore