# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IAN GIBSON, Individually and on behalf of All others Similarly situated, | § § § |
| Plaintiffs, | § § |
| v. | §   CIVIL ACTION NO. H-10-1409 |
| NCRC, INC., | § § § |
| Defendant. | § |

## ORDER

Because Gibson has withdrawn his request for conditional certification of the minimum wage claim, (Docket Entry No. 36), the motion for conditional certification and notice, (Docket Entry No. 24), is denied as moot insofar as it seeks conditional certification of the minimum wage claim.

SIGNED on July 26, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge