IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IAN GIBSON, Individually and On Behalf of All Others Similarly Situated, | § § § § § § § § § § § | |
| Plaintiff, | | C.A. No. 4:10-cv-01409 |
| v. | | |
| NCRC, INC., | | JURY TRIAL DEMANDED |
| Defendant. | | |

## PLAINTIFF'S ALTERNATIVE DISPUTE RESOLUTION REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Ian Gibson (referred to as "Plaintiff"), individually and on behalf of all others similarly situated current and former employees of NCRC, Inc. (referred to as "Defendant"), and files this Alternative Dispute Resolution Report in connection with the Court's Order requiring the parties to complete mediation/ADR by April 6, 2012. (Docket Entry No. 56.) In support thereof, Plaintiff would respectfully show the Court as follows:

1. On October 6, 2011, the Court granted the parties' Order on the Agreed Motion to Amend the Scheduling Order (Docket Entry No. 56).

2. The parties agreed to complete mediation/ADR no later than April 6, 2012.

3. Plaintiff Gibson and all Opt-in Plaintiffs are willing to mediate either through a private mediator or with a Federal Magistrate Judge to comply with the Court's order; however, Defendants do not desire to mediate this matter.

2

        Respectfully submitted,

        **MOORE & ASSOCIATES**

        By: /s/ Melissa Moore
            Melissa Ann Moore
            Federal Id. No. 25122
            State Bar No. 24013189
            Curt Hesse
            Federal Id. No. 968465
            State Bar No. 24065414
            Lyric Center
            440 Louisiana Street, Suite 675
            Houston, Texas 77002
            (713) 222-6775 Telephone
            (713) 222-6739 Facsimile

        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded to all counsel of record on the 12h day of April in the year 2012 via the Court's CM/ECF system.

            /s/ Melissa A. Moore
            Melissa Ann Moore