## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IAN GIBSON, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. H-10-1409 |
| NCRC, INC., | § § § | |
| Defendant. | § § | |

## ORDER

Based on the parties' reports and the fact that defense counsel are from out of state, no mediation will be ordered at this time. The parties are of course welcome to continue to discuss settlement. If the defendant intends to file a motion to dismiss based on the Rule 68 offer, it must do so by **May 4, 2012**.

SIGNED on April 17, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

P:\CASES\2010\10-1409\10-1409.order.wpd